UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE,** | **CASE NO: 21-1281** |
|     **Plaintiff** | |
| | **JUDGE SUSIE MORGAN** |
| versus | |
| | **MAG. JUDGE DOUGLAS** |
| **DR. PHILIP T. SOBASH,** | |
|     **Defendant** | |

## ORDER

Considering the above and foregoing Motion to Dismiss with Prejudice;

**IT IS ORDERED** that the Motion to Dismiss with Prejudice be and hereby is **GRANTED**. The above-captioned action is dismissed with prejudice.

**New Orleans, Louisiana, this 23rd day of July, 2021.**

*Susie Morgan* (signature)
Honorable Susie Morgan
United States District Judge